AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 23 2022

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
GUY BENJAMIN BOWMAN

Defendant(s)

Case No. 1:22mj31

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 1, 2021 to March 22, 2022 in the county of Washington in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) and § 841(b)(1)(A)(viii) | Distribute and/or Possess With Intent to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| 21 USC § 846/841(a)(1) and § 841(b)(1)(A)(viii) | Conspiracy to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

[signature]
Complainant's signature

Brian Snedeker, Special Agent
Printed name and title

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 3/23/22

City and state: Abingdon, Virginia

[signature]
Judge's signature

Pamela Meade Sargent, USMJ
Printed name and title

ATTACHMENT A

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this criminal complaint and affidavit is to secure an arrest warrant for GUY BENJAMIN BOWMAN (hereafter referred to as "Guy BOWMAN") charging Guy BOWMAN with the offenses of Distribute and/or Possess With Intent to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 USC § 841(a)(1) and § 841(b)(1)(A)(viii), and Conspiracy to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 USC § 846/841(a)(1) and § 841(b)(1)(A)(viii).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (30) years. During my employment, I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II Controlled Substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of Guy Benjamin BOWMAN (hereafter referred to as "Guy BOWMAN"), my training and experience, and information provided to me by other law enforcement officers and employees of a motor vehicle dealership. Any reference to the gender of any unnamed person within this affidavit does necessarily reflect the true gender of said person.

5. During April 2021, an individual (hereafter referred to as "SOI#1") who is an admitted user of methamphetamine and has a history of firearm and narcotics related arrests advised law enforcement in Washington County, Virginia that during this same year he saw Guy BOWMAN with more drugs (specifically methamphetamine and heroin) than SOI#1 has ever seen at one place at one time.

6. During mid-2021, an admitted methamphetamine trafficker (hereafter referred to as "Trafficker A") within the Western District of Virginia told law enforcement that on

multiple occasions from February 2021 through May 2021, she obtained distribution/redistribution quantities of methamphetamine from Guy BOWMAN and Guy BOWMAN's sub-distributor/girlfriend, Sally Carr. Trafficker A claimed that she obtained (½) ounce and (1) ounce quantities of methamphetamine from Guy BOWMAN on a total of two occasions, and on approximately six occasions she obtained (½) ounce to (1) ounce quantities of methamphetamine from Sally Carr. Trafficker A was always charged $350 for the (½) ounce quantities of methamphetamine and $650 for the (1) ounce quantities of methamphetamine regardless of whether the methamphetamine was sold to Trafficker A by Guy BOWMAN or Sally Carr. Trafficker A further advised law enforcement that on May 17, 2021, Sally Carr fronted (provided up front with no initial charge - payment expected at a later date) Trafficker A a (½) ounce quantity of methamphetamine and fronted Trafficker A's boyfriend/associate a (2) ounce quantity of methamphetamine. According to Trafficker A, Trafficker A's boyfriend/associate never paid for his (2) ounces of fronted methamphetamine and Guy BOWMAN called Trafficker A and told Trafficker A that she owed Guy BOWMAN for the entire (2½) ounces of methamphetamine that was fronted to Trafficker A and Trafficker A's boyfriend/associate. Trafficker A also told law enforcement that she has observed Guy BOWMAN with thousands of dollars in U.S. Currency on his person and once observed Guy BOWMAN with more than a (½) pound quantity of methamphetamine. According to Trafficker A, Guy BOWMAN and Sally Carr are from California and Guy BOWMAN obtains from California the methamphetamine he and Sally Carr distribute.

7. During June 2021, multiple controlled purchases (surveilled, monitored, and recorded by law enforcement) of methamphetamine were made from a boyfriend/girlfriend methamphetamine distribution duo (hereafter referred to individually as "Trafficker B" and "Trafficker C") within the Western District of Virginia. Trafficker B and Trafficker C were subsequently approached by law enforcement and admitted their involvement with methamphetamine trafficking. Both Trafficker B and Trafficker C told law enforcement that their methamphetamine source of supply was Guy BOWMAN.

8. During August 2021, an individual (hereafter referred to as "Trafficker D") acted as a broker during the course of multiple controlled purchases of methamphetamine within the Western District of Virginia from Trafficker D's husband. Trafficker D advised the confidential source performing the controlled purchases that the source of the methamphetamine was Guy BOWMAN. Trafficker D also offered to introduce the confidential source to Guy BOWMAN if the confidential source would be interested in purchasing a pound of methamphetamine directly from Guy BOWMAN.

9. During February 2022, Guy BOWMAN paid $7,600 cash (United States Currency) to a Bristol, Tennessee car dealership in order to purchase a black forest green, 2012, Jeep Liberty sport utility vehicle with Vehicle Identification Number (VIN) 1C4PJMAKXCW204518. [Note: Guy BOWMAN has no known legitimate source of income/form of employment.]

10. On February 24, 2022, an admitted methamphetamine trafficker (hereafter referred to as "Trafficker E") advised law enforcement of the following information (much of it against Trafficker E's own penal interest):

- Trafficker E has been obtaining (½) ounce to (1) ounce quantities of methamphetamine (distribution/redistribution quantities) from Guy BOWMAN during the last several months. The total amount of methamphetamine Trafficker E has obtained from Guy BOWMAN during this time period is approximately (1) kilogram. Guy BOWMAN charges Trafficker E between $250 and $300 for each whole ounce of methamphetamine and has offered to sell Trafficker E a whole kilogram of methamphetamine for $3,500.

- Guy BOWMAN drives to California to obtain the drugs (specifically methamphetamine and heroin/fentanyl) he distributes in Virginia.

11. On March 22, 2022, a federal search warrant was executed at Guy BOWMAN's and Sally CARR's residence located at 9381 Partridge Drive, Meadowview, VA (located within Washington County, Virginia; located within the Western District of Virginia). Neither Guy BOWMAN nor Sally CARR were home when the search warrant was initially executed. As a result of the execution of the search warrant, approximately 2.198 pounds (approximately 997 grams) of methamphetamine were seized from inside a men's shoe box on the driver's position floor of Guy BOWMAN's Mercedes SUV parked outside the residence. The methamphetamine was contained inside of 3 vacuum seal bags (two were actually sealed and one was open). The contents of the open vacuum seal bag were chemically field tested with positive results for methamphetamine. A hotel receipt laying on the floor next to the shoe box was in Guy BOWMAN's name. A vacuum heat sealer and new/unused vacuum seal bags were found in the kitchen of the home.

12. During the late night of March 22, 2022, law enforcement located Guy BOWMAN (within the Western District of Virginia) and executed federal search warrants upon his person and his 2012 Jeep Liberty vehicle, and served BOWMAN with state arrest warrants that were obtained following and in relation to the execution of the federal search warrant at his residence earlier that same day. At the time BOWMAN was apprehended/secured, he was found to be in possession of approximately $7,000 United States Currency that was located within his pants pockets.

13. During the early morning hours of March 23, 2022, and prior to being advised of his rights, Guy BOWMAN spontaneously uttered (in the presence of law enforcement), "I'm good at what I do", and, "I'm connected with the Sinaloa Cartel" (a well-known and Mexico based drug trafficking organization). After having been advised of and acknowledging understanding his rights, Guy BOWMAN provided the following information (not all inclusive) to law enforcement:

- Guy BOMAN and Sally Carr moved from California to the Western District of Virginia about a year ago.

- Since coming to the Western District of Virginia, Guy BOWMAN has had approximately 150-200 pounds of methamphetamine shipped from southern California to the Western District of Virginia for purpose of distribution.

- Guy BOWMAN charges his methamphetamine customers in the Western District of Virginia between $2000 and $6000 for each pound of methamphetamine. Guy BOWMAN also sells methamphetamine in ounce and multi-ounce quantities.

- The kilogram (approximate weight) of methamphetamine seized by law enforcement from Guy BOWMAN's Mercedes SUV at his residence (9381 Partridge Drive Meadowview, VA) on March 22, 2022, was what remained of 20 pounds of methamphetamine that Guy BOWMAN brought by car into the Western District of Virginia from California on Saturday, March 19, 2022. The 20 pounds was originally hidden inside the spare tire of Guy BOWMAN's 2012 Jeep Liberty.

- Guy BOWMAN sells drugs for a living.

14. Based upon the facts set forth above, I believe there is probable cause for the issuance of an arrest warrant charging Guy Benjamin BOWMAN with the offenses of Distribute and/or Possess With Intent to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 USC § 841(a)(1) and § 841(b)(1)(A)(viii), and Conspiracy to Distribute (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 USC § 846/841(a)(1) and § 841(b)(1)(A)(viii).

_____  03-23-2022
Brian Snedeker, Special Agent (DEA)      Date

Subscribed and sworn to before me, ~~this the~~ telephonically 23rd day of March, 2022 in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Reviewed by:

<u>s/Suzanne Kerney-Quillen</u>  
Special Assistant United States Attorney

<u>03-23-2022</u>  
Date