✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| GUY BOWMAN | Case Number: 1:22CR21-001 |

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Suzanne Kerney-Quillen, R. Ramseyer | DEFENDANT'S ATTORNEY<br>Guy Bowman, Pro Se |
|---|---|---|
| TRIAL DATE (S)<br>7/5/2022 - Jury Trial - Day 1 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/5/2022 | Yes | Yes | MJ-26, Search Warrant Return, Inventory for Residence / Chris Spurlock |
| 2 | | 7/5/2022 | Yes | Yes | Photograph: Keyfob/lock box / Chris Spurlock |
| 3 | | 7/5/2022 | Yes | Yes | Photograph: Car (side view) / Chris Spurlock |
| 4 | | 7/5/2022 | Yes | Yes | Photograph: Car (rear view) / Chris Spurlock |
| 5 | | 7/5/2022 | Yes | Yes | Photograph: Driver door car open / Chris Spurlock |
| 6 | | 7/5/2022 | Yes | Yes | Photograph: Driver side floorboard / Chris Spurlock |
| 7 | | 7/5/2022 | Yes | Yes | Photograph: Open shoebox / Chris Spurlock |
| 8 | | 7/5/2022 | Yes | Yes | Photograph: Hotel receipt / Chris Spurlock |
| 9 | | 7/5/2022 | Yes | Yes | Photograph: Hotel receipt (closeup) / Chris Spurlock |
| 10 | | 7/5/2022 | Yes | Yes | Photograph: Cell phone, back of Mercedes (front) / Chris Spurlock |
| 11 | | 7/5/2022 | Yes | Yes | Photograph: Cell phone, back of Mercedes (back) / Chris Spurlock |
| 12 | | 7/5/2022 | Yes | Yes | WCSO Inventory of Monies seized form / Chris Spurlock |
| 18 | | 7/5/2022 | Yes | Yes | WCSO Sgt. Matney Body Cam, File 1 / Sam Matney |
| 19 | | 7/5/2022 | Yes | Yes | WCSO Sgt. Matney Body Cam, File 1 / Sam Matney |
| 24 | | 7/5/2022 | Yes | Yes | WCSO SO-165 Form, Inventory of Property, 9381 Partridge Drive / Chris Hazelwood |
| 28 | | 7/5/2022 | Yes | Yes | Cashier's check / Chris Hazelwood |
| 33 | | 7/5/2022 | Yes | Yes | WCSO SO-165 Form, Inventory of Property, Bowman's person / Chris Hazelwood |
| 34 | | 7/5/2022 | Yes | Yes | WCSO SO-165 Form, Inventory of Property, Bowman's vehicle / David Bise |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages