✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA__

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Guy Benjamin Bowman | Case Number: 1:22CR00021-001 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. James P. Jones | S. Kerney-Quillen, R. Ramseyer | PRO SE |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/6/2022 | Cynthia Bragg, OCR | Lottie Lunsford |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 7/6/2022 | Yes | Yes | Abingdon Regional Jail, Recorded Jail Call 4/5/22    / Capt. Todd Tatum |
| 21 | | 7/6/2022 | Yes | Yes | Abingdon Regional Jail, Recorded Jail Call 4/6/22    / Capt. Todd Tatum |
| 22 | | 7/6/2022 | Yes | Yes | Abingdon Regional Jail, Recorded Jail Call    / Capt. Todd Tatum |
| 23 | | 7/6/2022 | Yes | Yes | Abingdon Regional Jail, Recorded Jail Call 5/7/22    / Capt. Todd Tatum |
| 14 | | 7/6/2022 | Yes | Yes | DEA Chemical Analysis Report, 2022-SFL3-03514 (exh 3)    / Joseph Dembowski, DEA |
| 15 | | 7/6/2022 | Yes | Yes | Physical Exhibit - DEA Exhibit #3 Methamphetamine    / Joseph Dembowski, DEA |
| 16 | | 7/6/2022 | Yes | Yes | DEA Chemical Analysis Report, 2022 -SFL3-03513    / Joseph Dembowski, DEA |
| 17 | | 7/6/2022 | Yes | Yes | Physical Exhibit - DEA Exhibit #2 Methamphetamine    / Joseph Dembowski, DEA |
| 41 | | 7/6/2022 | Yes | Yes | Photograph: Bowman cell phone (front)    / Patrick Long, DEA |
| 42 | | 7/6/2022 | Yes | Yes | Photograph: Bowman cell phone (front)    / Patrick Long, DEA |
| 39 | | 7/6/2022 | Yes | Yes | Photograph: WCSO Evidence Bag (front) /    Patrick Long, DEA |
| 40 | | 7/6/2022 | Yes | Yes | Photograph: WCSO Evidence Bag (back)   / Patrick Long, DEA |
| 43 | | 7/6/2022 | Yes | Yes | Cellbrite Report    / Patrick Long, DEA |
| 25 | | 7/6/2022 | Yes | Yes | Photograph: Money sealed in evidence bag / Brad Loyd, DEA |
| 26 | | 7/6/2022 | Yes | Yes | Photograph: Money sealed in evidence bag (closeup)  / Brad Loyd, DEA |
| 29 | | 7/6/2022 | Yes | Yes | Photograph: Bowman license picture / Brad Loyd, DEA |
| 30 | | 7/6/2022 | Yes | Yes | Photograph: Cell phone from Bowman's back pocket (front) /  Brad Loyd |
| 31 | | 7/6/2022 | Yes | Yes | Photograph: Cell phone from Bowman's back pocket (front) / Brad Loyd |
| 44 | | 7/6/2022 | Yes | Yes | Photograph : Drawer in Residence    / Brian Snedeker, DEA |
| 45 | | 7/6/2022 | Yes | Yes | Photograph: Drawer in Residence (2) / Brian Snedeker, DEA |
| 46 | | 7/6/2022 | Yes | Yes | Photograph: Drawer in Residence (3, closeup)  Brian Snedeker, DEA |
| 47 | | 7/6/2022 | Yes | Yes | Photograph: Methamphetamine baggie from drawer (in hand, closeup) / Brian Snedeker, DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | vs. | Guy Benjamin Bowman | | CASE NO. 1:22CR00021-001 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 48 | | 7/6/2022 | Yes | Yes | Photograph: Mail from residence  / Brian Snedeker, DEA |
| 49 | | 7/6/2022 | Yes | Yes | Photograph:  Closed Lugz shoebox from Mercedes / Brian Snedeker, DEA |
| 50 | | 7/6/2022 | Yes | Yes | Photograph:  Open Lugz shoebox from Mercedes / Brian Snedeker, DEA |
| 51 | | 7/6/2022 | Yes | Yes | Photograph:  3 bags of methamphetamine from Mercedes shoebox / Brian Snedeker, DEA |
| 52 | | 7/6/2022 | Yes | Yes | Photograph: 3 bags of methamphetamine -Mercedes shoebox (closeup) / Brian Snedeker, DEA |
| 53 | | 7/6/2022 | Yes | Yes | Photograph:  Residence, vacuum sealer picture 1 / Brian Snedeker, DEA |
| 54 | | 7/6/2022 | Yes | Yes | Photograph:  Residence, vacuum sealer picture 2 / Brian Snedeker, DEA |
| 55 | | 7/6/2022 | Yes | Yes | Photograph:  Residence, vacuum sealer picture 3 / Brian Snedeker, DEA |
| 56 | | 7/6/2022 | Yes | Yes | Photograph:  Residence, vacuum sealer picture 4 / Brian Snedeker, DEA |
| 58 | | 7/6/2022 | Yes | Yes | Photograph:  Methamphetamine field test picture (2) / Brian Snedeker, DEA |
| 59 | | 7/6/2022 | Yes | Yes | Photograph:  Mail from residence / Brian Snedeker, DEA |
| 60 | | 7/6/2022 | Yes | Yes | Photograph:  Mail from residence (2)  / Brian Snedeker, DEA |
| 61 | | 7/6/2022 | Yes | Yes | Photograph: Tags from residence / Brian Snedeker, DEA |
| 62 | | 7/6/2022 | Yes | Yes | Photograph: Tag from residence  / Brian Snedeker, DEA |
| 63 | | 7/6/2022 | Yes | Yes | Photograph: Mail from residence (3)  / Brian Snedeker, DEA |
| 64 | | 7/6/2022 | Yes | Yes | Photograph: Notebooks in Drawer  / Brian Snedeker, DEA |
| 66 | | 7/6/2022 | Yes | Yes | Photograph: Ledger from drawer closeup  / Brian Snedeker, DEA |
| 68 | | 7/6/2022 | Yes | Yes | Photograph: Pocket Content, Bowman's person Wallet   / Brian Snedeker, DEA |
| 69 | | 7/6/2022 | Yes | Yes | MJ-25, Search Warrant return, Jeep Liberty  / Brian Snedeker, DEA |
| 70 | | 7/6/2022 | Yes | Yes | Photograph -Jeep Liberty pic 1   /  Brian Snedeker, DEA |
| 71 | | 7/6/2022 | Yes | Yes | Photograph - Jeep Liberty picture 2  / Brian Snedeker, DEA |
| 72 | | 7/6/2022 | Yes | Yes | Photograph: keyfob in door  / Brian Snedeker, DEA |
| 73 | | 7/6/2022 | Yes | Yes | Photograph, keyfob close up  / Brian Snedeker, DEA |
| 76 | | 7/6/2022 | Yes | Yes | Photograph: Phone from Jeep door  / Brian Snedeker, DEA |
| 77 | | 7/6/2022 | Yes | Yes | Photograph: Mercedes Manual from Jeep  Snedeker  / Brian Snedeker, DEA |
| 78 | | 7/6/2022 | Yes | Yes | Receipt for phone  / Brian Snedeker, DEA |
| 79 | | 7/6/2022 | Yes | Yes | Receipt for Mercedes  / Brian Snedeker, DEA |

Page   2   of   3   Pages

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | Guy Benjamin Bowman | CASE NO. 1:22CR00021-001 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 80 | | 7/6/2022 | Yes | Yes | Receipt for Mercedes (2)  / Brian Snedeker, DEA |
| 82 | | 7/6/2022 | Yes | Yes | Mercedes title  / Brian Snedeker, DEA |
| 86 | | 7/6/2022 | Yes | Yes | Residence SW Picture  / Brian Snedeker, DEA |
| 87 | | 7/6/2022 | Yes | Yes | Residence SW Picture  / Brian Snedeker, DEA |
| 88 | | 7/6/2022 | Yes | Yes | Photograph - Shoes inside the residence  / Brian Snedeker, DEA |
| 89 | | 7/6/2022 | Yes | Yes | Residence SW Picture   / Brian Snedeker, DEA |
| 90 | | 7/6/2022 | Yes | Yes | Residence SW Picture  / Brian Snedeker, DEA |
| 91 | | 7/6/2022 | Yes | Yes | Residence SW Picture  / Brian Snedeker, DEA |
| 92 | | 7/6/2022 | Yes | Yes | Residence SW Picture  /  Brian Snedeker, DEA |
| 95 | | 7/6/2022 | Yes | Yes | Residence SW Picture   / Brian Snedeker, DEA |
| 97 | | 7/6/2022 | Yes | Yes | Residence SW picture  / Brian Snedeker, DEA |
| 98 | | 7/6/2022 | Yes | Yes | Cellebrite Photo (1) / Brian Snedeker, DEA |
| 99 | | 7/6/2022 | Yes | Yes | Cellebrite photo (2) Snedeker  / Brian Snedeker, DEA |
| 100 | | 7/6/2022 | Yes | Yes | Cellebrite photo (3)   / Brian Snedeker, DEA |
| 102 | | 7/6/2022 | Yes | Yes | Photograph - Mercedes GLK tag  / Brian Snedeker, DEA |
| 103 | | 7/6/2022 | Yes | Yes | Photograph Mercedes GLK vin  /  Brian Snedeker, DEA |

Page    3    of    3    Pages