

GOVERNMENT
EXHIBIT
47