

GOVERNMENT EXHIBIT 88