

GOVERNMENT
EXHIBIT
99