

GOVERNMENT
EXHIBIT
100