CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 07 2022

JULIA C. DUDLEY, CLERK
BY: _____
    DEPUTY CLERK


# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:22CR00021-001 |
| | ) | |
| v. | ) | **VERDICT** |
| | ) | |
| **GUY BENJAMIN BOWMAN,** | ) | |
| | ) | |
| Defendant. | ) | |

We, the jury, unanimously find as to **GUY BENJAMIN BOWMAN**:

**Count One:**

Conspiracy to knowingly and intentionally distribute or possess with intent to distribute methamphetamine, on or about and between January 1, 2021, and April 6, 2022.

_____          ___✓___
Not Guilty                    Guilty

If you find the defendant guilty of Count One, what amount is attributable to this defendant?

_____   Less than 50 grams

_____   50 grams or more, but less than 500 grams

___✓___   500 grams or more

**Count Two:**

Knowingly and intentionally distributed or possessed with intent to distribute methamphetamine, on or about and between January 1, 2021, and April 6, 2022.

_____          _____✓_____
Not Guilty                              Guilty

If you find the defendant guilty of Count Two, what amount is attributable to this defendant?

_____   Less than 50 grams

_____   50 grams or more, but less than 500 grams

_____✓_____   500 grams or more

_____
Foreperson