UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 07 2022

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:22CR00021
)
GUY BENJAMIN BOWMAN )

## SPECIAL FORFEITURE VERDICT FORM

We the jury, by a preponderance of the evidence, find the following, as to the defendant, Guy Benjamin Bowman:

1. Does the following property represent proceeds of a drug conspiracy offense as set forth in Count One?

   a. $7,108.00 in U.S. currency

   

   _____       ___✓___
   No           Yes

   b. If you find a lesser or greater amount, please state the amount $ N/A

2. Does the following property represent proceeds of a drug distribution or possession with intent to distribute offense as set forth in Count Two?

   a. $7,108.00 in U.S. currency

   

   _____       ___✓___
   No           Yes

   b. If you find a lesser or greater amount, please state the amount $ N/A

   _____
   Foreperson